IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00375-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

5. EDWARD R. GOLL,

       Defendant.

---

**ORDER**

---

THE COURT, upon review of the oral motion of the United States requesting an Order, under the terms of the Plea Agreement, that calls for the forfeiture of four firearms as follows:

1) One Marlin 22-caliber rifle bearing serial number 03240407;

2) One Mossberg 12 gauge shotgun bearing serial number P461874;

3) One Western 12 gauge shotgun (etched #4475); and

4) One Smith & Wesson 9mm pistol bearing serial number A312580l.

The Court, having being sufficiently advised, hereby

ORDERS that said firearms are forfeited pursuant to the terms of the plea agreement under the provisions of Title 18, United States Code, Section 3365.

DATED this 13th day of April, 2012

                            BY THE COURT:

                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Judge